UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-mj-8458-BER

UNITED STATES OF AMERICA

v.

LISANDRO RAMOS-MENDOZA,

              Defendant.
_____/

FILED BY SP D.C.
Aug 22, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

# CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  ☐ Yes  ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  ☐ Yes  ☑ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  ☐ Yes  ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: /s/ Katie Sadlo
KATIE SADLO
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   1026417
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:   (561) 209-1043
Fax:   (561) 820-8777
Email:  Katie.Sadlo@usdoj.gov

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

FILED BY __SP__ D.C.
Aug 22, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LISANDRO RAMOS-MENDOZA, | ) | Case No. 25-mj-8458-BER |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 15, 2025__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(1) | Illegal Re-entry After Deportation or Removal. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Deportation Officer Andy Korzen, ICE
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date:

Digitally signed by Bruce Reinhart
Date: 2025.08.22 14:10:35 -04'00'

*Judge's signature*

City and state: West Palm Beach, FL

Bruce Reinhart, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT
# OF
# ANDY KORZEN
# UNITED STATES DEPARTMENT OF HOMELAND SECURITY
# IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1.  I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-two years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.  This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Lisandro RAMOS-MENDOZA, also known as Lizandro RAMOS-MENDOZA, committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3.  On or about August 15, 2025, Lisandro RAMOS-MENDOZA was arrested in Palm Beach County, Florida on an outstanding warrant for failure to appear for status check in a state misdemeanor case related to charges of driving under the influence causing property damage or injury (enhanced) and driving without a driver's license. He was booked and detained at the Palm Beach County Jail.

4.  A review of immigration records shows that Lisandro RAMOS-MENDOZA is a native and citizen of Guatemala. Records further show that on or about

February 12, 2015, Lisandro RAMOS-MENDOZA was ordered removed from the United States. The Order of Removal was executed on or about November 30, 2016, whereby Lisandro RAMOS-MENDOZA was removed from the United States and returned to Guatemala.

5. Thereafter, Lisandro RAMOS-MENDOZA re-entered the United States illegally, and was removed and returned to Guatemala on three additional separate occasions, on or about following dates: February 10, 2017, April 4, 2018, and July 12, 2022.

6. Records further show that Lisandro RAMOS-MENDOZA was convicted of the following offenses:

- On or about January 5, 2017, in the United States District Court, District of Arizona, of illegal entry, case number 17-20107M.

- On or about February 12, 2018, in the United States District Court, Southern District of California, of illegal entry, case number 18CR0698-PCL.

- On or about March 8, 2022, in the United States District Court, Southern District of Florida, of illegal re-entry of a removed alien, case number 22-CR-80015-RAR.

7. Lisandro RAMOS-MENDOZA's fingerprints taken in connection with his August 15, 2025, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that the scanned fingerprints belong to the individual who was previously removed from the United States, that is Lisandro RAMOS-MENDOZA.

8. A record check was performed in the Computer Linked Application Informational Management System to determine if Lisandro RAMOS-MENDOZA filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record

was found to exist indicating that Lisandro RAMOS-MENDOZA obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9. Based on the foregoing, I submit that probable cause exists to believe that, on or about August 15, 2025, Lisandro RAMOS-MENDOZA, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this _____ day of August 2025.

Digitally signed by Bruce Reinhart
Date: 2025.08.22 14:10:55 -04'00'

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**:   LISANDRO RAMOS-MENDOZA

**Case No**:  25-mj-8458-BER

Count #: 1

Illegal Re-entry After Deportation or Removal

8 U.S.C. § 1326(a) and (b)(1)
* **Max. Term of Imprisonment:** 10 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:**  $250,000
* **Special Assessment**: $100

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.